No. 978. Air Line Pilots Association, International, et al. v. Tischler. C. A. 5th Cir. Certiorari denied. *Wyatt Johnson* for petitioners.

No. 998. Trey Packing, Inc., et al. v. National Labor Relations Board. C. A. 2d Cir. Certiorari denied. *John J. Bracken* for petitioners. *Solicitor General Griswold* and *Arnold Ordman* for respondent.

No. 1004. Cox et al. v. Katz, Clerk of City of New York, et al. Ct. App. N. Y. Certiorari denied. *Milton H. Friedman* and *Marshall Perlin* for petitioners. *J. Lee Rankin* for Katz et al., *Louis J. Lefkowitz*, Attorney General of New York, *pro se,* and *Samuel A. Hirshowitz,* First Assistant Attorney General, *George D. Zuckerman,* Assistant Attorney General, and *Philip Weinberg* for Lefkowitz, respondents.

No. 1005. Howe v. General Motors Corp. C. A. 7th Cir. Certiorari denied. *Warren C. Horton* for petitioner. *George N. Hibben* and *Eugene W. Christen* for respondent.

No. 1007. Moglia v. Geoghegan et al. C. A. 2d Cir. Certiorari denied. *Isidore Englander* for petitioner. *Samuel J. Cohen* for respondents.

No. 1008. Daniel v. Georgia. Ct. App. Ga. Certiorari denied. *Albert M. Horn* and *Frank B. Stow* for petitioner. *Lewis R. Slaton* and *Joel M. Feldman* for respondent.